# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:11-CR-00056-RLV-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **PRELIMINARY ORDER OF FORFEITURE** |
| TY JUAN RANKIN, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Government's Motion for Preliminary Order of Forfeiture, filed March 1, 2012. (Doc. 10.) The Bill of Indictment in this case included a notice of forfeiture, as required by Federal Rule of Criminal Procedure 32.2(a), of property involved in the charged violation, including one "FIE, .22 caliber revolver, serial number ST25107." (Doc. 1.) Defendant Rankin has pleaded guilty pursuant to Federal Rule of Criminal Procedure 11. (Doc. 9.) The Court thus finds that the requisite nexus has been established between the aforementioned revolver and the offense to which Defendant has pleaded guilty, namely the knowing and unlawful possession of a firearm in violation of 18 U.S.C. § 922(g)(1), and that the revolver is subject to forfeiture per 18 U.S.C. § 924(d).

**IT IS, THEREFORE, ORDERED** that Defendant's interest in the FIE .22-caliber revolver be forfeit and that such forfeiture be subject to any and all third-party claims and interests pending final adjudication. Pending final adjudication, the Government is authorized to maintain custody of the revolver and is to publish or send any notice pursuant to Federal Rule of Criminal Procedure 32.2(b)(6). Any person, other than Defendant, asserting any legal interest in the specifically identified property may, within thirty days of the publication of notice or the

1

receipt of notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of the alleged interest. *See* 21 U.S.C. § 853(n); 28 U.S.C. § 2461(c). Following the Court's disposition of all timely petitions filed, a final order of forfeiture shall be entered. If no third party files a timely petition, this Order shall become the final order and judgment of forfeiture, as provided by Federal Rule of Criminal Procedure 32.2(c)(2), and the United States shall have clear title to the property and shall dispose of the property according to law.

Signed: May 4, 2012

Richard L. Voorhees
United States District Judge